2:05-cv-72619-AJT-PJK   Doc # 10   Filed 06/08/06   Pg 1 of 1   Pg ID 122

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARGARET WELCH,

        Plaintiff,                         Case No. 05-72619

v.                                   District Judge
                                   Arthur J. Tarnow
BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

        Defendants.

_____/

**ORDER DENYING DEFENDANT'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT [DE 5]**

Before the Court is Defendant's motion for partial summary judgment [DE 5].  For the

reasons stated on the record at the motion hearing on June 7, 2006,

IT IS HEREBY ORDERED that Defendant's motion for partial summary judgment [DE 5]

is DENIED.

SO ORDERED.


                               s/Arthur J. Tarnow
                               Arthur J. Tarnow
                               United States District Judge

Dated:  June 8, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 8, 2006, by electronic and/or ordinary mail.

                               s/Theresa E. Taylor
                               Case Manager